UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAFORNIA CAMPBELL<br><br>Plaintiff,<br><br>v.<br><br>BLATT, HASENMILLER, LEIBSKER & MOORE LLC and<br>PORTFOLIO RECOVERY ASSOCIATES, L.L.C.<br><br>Defendants | CIVIL ACTION    1:14-cv-10003<br><br>COMPLAINT<br><br>JURY TRIAL DEMANDED |

**COMPLAINT**

NOW COMES the Plaintiff, SAFORNIA CAMPBELL ("Safornia"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., complaining of the Defendants, BLATT, HASENMILLER, LEIBSKER & MOORE LLC ("Blatt") and PORTFOLIO RECOVERY ASSOCIATES, L.L.C. ("Portfolio") as follows:

**NATURE OF THE ACTION**

1. Plaintiff brings this action for damages for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA").

**JURISDICTION AND VENUE**

2. This action arises under and is brought pursuant to the FDCPA. Subject matter jurisdiction is conferred upon this Court by 15 U.S.C. §1692 (FDCPA) and 28 U.S.C. §§1331, 1337, as this action arises under the laws of the United States.

3. Venue is proper in this Court pursuant to 28 U.S.C. §1391 as Defendants conduct business in the Northern District of Illinois and all of the events or omissions giving rise to the claims occurred within the Northern District of Illinois.

1

**PARTIES**

4.      Safornia is a natural person who resides in the Northern District of Illinois and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

5.      At all times relevant to the action, Blatt was an Illinois law firm with its principal office located at 125 South Wacker Drive, Suite 400, Chicago, Illinois 60606 and its registered agent is Leon Moore located at 10 South LaSalle Street, Suite 2200, Chicago, Illinois 60603.

6.      Blatt is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6) because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer accounts.

7.      At all times relevant to the action, Portfolio was nationwide debt collection firm with its principal office located at 120 Corporate Boulevard, Norfolk, Virginia 23502 and with its registered agent located at Illinois Corporation Service C located at 801 Adlai Stevenson Drive, Springfield, Illinois 62703.

8.      Portfolio is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6) because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer accounts.

**FACTS SUPPORTING CAUSE OF ACTION**

9.      Portfolio has been attempting to collect, from Safornia, an alleged consumer debt in the amount of $1,387.25.

10.      On August 5, 2013, Blatt, on behalf of Portfolio, filed a complaint in the Circuit Court of Cook County, Illinois against Safornia. The case was captioned *Portfolio Recovery Associates LLC v. Safornia Campbell* case number 2013 M1 143715 ("Collection Case"). *See*

Exhibit A, a true and correct copy of the Cook County docket summary report in the Collection Case.

11. Blatt filed the Collection Case at the Richard J. Daley Center Courthouse. *Id.*

12. The Richard J. Daley Center Courthouse serves Cook County's First Municipal District. *See* Exhibit B, a true and correct copy of a map of the Circuit Court of Cook County Municipal Districts and Courthouses.

13. Civil matters that do not meet the damages threshold to be filed in the Law Division of the Circuit Court of Cook County are assigned to the Circuit Court's Civil/Municipal Division.

14. Cases filed in the First Municipal District are identified by the abbreviation "M1."

15. Safornia currently resides at 12716 S. Peoria Street, Chicago, IL 60643.

16. Prior to April 2014, and at all times relevant to this case, Safornia did not live within the jurisdictional confines of Cook County's First Municipal District.

17. On December 13, 2013, Blatt filed a citation to discover assets issued against Safornia in the Collection Case. *Id.*

### COUNT I -- VIOLATION OF THE FDCPA AGAINST BLATT

18. Safornia repeats and realleges paragraphs 1 through 17 as though fully set forth herein.

19. The Collection Case was an attempt to collect a "consumer debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

20. 15 U.S.C. §1692i(a)(2) requires that a debt collector sue a consumer in the judicial district or similar legal entity where the consumer resides at the commencement of the action.

21.     15 U.S.C. §1692i(a)(2) of the FDCPA prohibits *any legal action* brought by a debt collector in a location other than where the contract was signed or where the consumer resides.

22.     Blatt violated 15 U.S.C. §1692i(a)(2) when it caused an Affidavit for Wage Deduction to be filed in the Collection Case against Susan on December 13, 2013 at the Richard J. Daley Center Courthouse.

23.     Blatt sued Safornia, on behalf of Portfolio, at a remote courthouse in order to discourage her from appearing and defending the Collection Case.

WHEREFORE, Plaintiff, SAFORNIA CAMPBELL, respectfully requests that this Honorable Court enter judgment in her favor as follows:

a.  declaring that the practices complained of herein are unlawful and violate the aforementioned statutes and regulations;

b.  awarding Plaintiff statutory and actual damages, in an amount to be determined at trial, for the underlying FDCPA violations;

c.  awarding Plaintiff costs and reasonable attorney fees as provided under 15 U.S.C. §1692; and

d.  awarding any other relief as this Honorable Court deems just and appropriate.

### COUNT II -- VIOLATION OF THE FDCPA AGAINST PORTFOLIO

24.     Safornia repeats and realleges paragraphs 1 through 17 as though fully set forth herein.

25.     The Collection Case was an attempt to collect a "consumer debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

4

26. 15 U.S.C. §1692i(a)(2) requires that a debt collector sue a consumer in the judicial district or similar legal entity where the consumer resides at the commencement of the action.

27. 15 U.S.C. §1692i(a)(2) of the FDCPA prohibits *any legal action* brought by a debt collector in a location other than where the contract was signed or where the consumer resides.

28. Portfolio violated 15 U.S.C. §1692i(a)(2) when it caused Blatt to file a Affidavit for Wage Deduction to be filed in the Collection Case against Safornia on December 13, 2013 at the Richard J. Daley Center Courthouse.

29. Portfolio directed Blatt to sue Safornia at a remote courthouse in order to discourage her from appearing and defending the Collection Case.

WHEREFORE, Plaintiff, SAFORNIA CAMPBELL, respectfully requests that this Honorable Court enter judgment in her favor as follows:

e. declaring that the practices complained of herein are unlawful and violate the aforementioned statutes and regulations;

f. awarding Plaintiff statutory and actual damages, in an amount to be determined at trial, for the underlying FDCPA violations;

g. awarding Plaintiff costs and reasonable attorney fees as provided under 15 U.S.C. §1692; and

h. awarding any other relief as this Honorable Court deems just and appropriate.

Dated: December 12, 2014   Respectfully Submitted,

/s/ Matthew H. Hector
Matthew H. Hector ARDC #6283058
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181